CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 19 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SANDY G. FLINT, <br> *Plaintiff*, <br><br> v. <br><br> ACTION PERSONNEL, INC., and <br> ELIZABETH ARDEN, INC., <br> *Defendants*. | Civil Action No. 7:13-CV-00406 <br><br> **ORDER** <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

This case is presently before the Court on Defendants' Motions to Dismiss. ECF Nos. 13, 18. In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Defendant Action Personnel, Inc.'s Motion to Dismiss, ECF No. 18, is **GRANTED** and Defendant Action Personnel, Inc. is hereby dismissed from this case. Defendant Elizabeth Arden, Inc.'s Motion to Dismiss, ECF No. 13, is **GRANTED IN PART and DENIED IN PART**. It is **GRANTED** as to Plaintiff's claims under GINA and **DENIED** as to Plaintiff's claims under Title VII. The Plaintiff's letter motion for extension, ECF No. 24, is **DENIED AS MOOT**.

It is further **ORDERED** that Plaintiff and counsel for Elizabeth Arden shall consult with each other and discuss scheduling matters in this case. They are directed to file, not later than sixty days after entry of this Order, a joint proposed scheduling order with deadlines for discovery, pre-trial motions, and pre-trial deadlines.

The Clerk of Court is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record and to Plaintiff.

ENTER: This 19th day of December 2013.

/s/ James C. Turk
Senior United States District Judge